**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ADRIAN DELVALLE,
*individually and on behalf of all*
*others similarly situated*,

                   Plaintiff,

     v.

J. PRESS, INCORPORATED

                  Defendant.

CASE NO. _____

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant J. Press, Incorporated ("Defendant"), by and through its undersigned counsel, hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. Removal is warranted under 28 U.S.C. § 1441 because this Court has original jurisdiction over this action under 28 U.S.C. § 1331 on the ground this action arises under the laws of the United States, namely the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). In support of removal, Defendant states the following:

**PROCEDURAL HISTORY**

1.      Plaintiff Adrian Delvalle ("Plaintiff") commenced this action on May 28, 2026, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, under the case caption *Adrian Delvalle v. J. Press, Incorporated*, Case No. 2026-010833-CA-01 (the "State Court Action"). A copy of the complaint in the State Court Action (the "Complaint") is attached hereto as **Exhibit A**.

2. Defendant was served with a copy of the Complaint on June 5, 2026. Based on an extension of time agreed to by Plaintiff, the current deadline for Defendant to respond to the Complaint is July 26, 2026.

3. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders in this action on file with the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, are attached hereto as **Exhibit B**.

## <u>VENUE AND JURISDICTION</u>

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 89(c), 1391, 1441(a), and 1446(a) because the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, where the Complaint was filed, is a state court within the Southern District of Florida.

5. As set forth more fully below, this Court has subject matter jurisdiction under 28 U.S.C. § 1331.

6. All other requirements for removal here have been satisfied.

## <u>BASES FOR REMOVAL</u>

**I. THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1331.**

7. The Court has original jurisdiction over this action, and the action may be removed to this Court, because the two claims asserted in Plaintiff's Complaint arise under the laws of the United States, specifically, the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 and 47 C.F.R. § 64.1200.

8. Plaintiff's TCPA claims fall within the federal question jurisdiction of this Court under 28 U.S.C. § 1331, and therefore removal of this action is proper under 28 U.S.C. §§ 1441(a) and 1446(a).

## II.     ALL OTHER REMOVAL REQUIREMENTS ARE SATISFIED.

9.      The Notice of Removal is timely filed within 30 days after the receipt by Defendant, through service or otherwise, of a copy of the Complaint. Defendant was served with the Complaint on June 5, 2026. Defendant's deadline to remove is July 5, 2026. *See* 28 U.S.C. § 1446(b)(1). Defendant thus timely files this Notice of Removal.

10.      Pursuant to the requirements of 28 U.S.C. § 1446(b)(2)(A), Defendant is the only defendant named in the Complaint and it consents to removal by filing this Notice of Removal.

11.      Pursuant to 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal in the United States District Court for the Southern District of Florida, written notice of such filing will be served by the undersigned on the Plaintiff's counsel of record, and a copy of the Notice of Removal will be filed with the Clerk of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

12.      By filing this Notice of Removal, Defendant reserves, and does not waive, any available defenses, including those under Rule 12 of the Federal Rules of Civil Procedure. Nothing in this Notice of Removal should be construed as a waiver or relinquishment of any available defense.

13.      If any question arises as to the propriety of removal to this Court, then Defendant requests the opportunity to submit a brief in support of its position that this case has been properly removed.

## CONCLUSION

14.      For all the reasons stated, this action is removable to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, and this Court may exercise jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

WHEREFORE, Defendant gives notice that the action bearing Case No. 2026-010833-CA-01, pending in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, is removed to the United States District Court for the Southern District of Florida, and requests that the Court retain jurisdiction for all further proceedings in this matter.

Dated: July 1, 2026

Respectfully submitted,

**SMITH, GAMBRELL & RUSSELL, LLP**

By: */s/ Nicole L. Kalkines*

Alan S. Wachs
Florida Bar No.: 980160
awachs@sgrlaw.com
Nicole L. Kalkines
Florida Bar No.: 1003293
nkalkines@sgrlaw.com
Ashley B. Carlisle
Florida Bar No.: 1049618
acarlisle@sgrlaw.com
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202
(904) 598-6110 (Telephone)
(904) 598-6210 (Facsimile)

**HAND BALDACHIN & ASSOCIATES LLP**

Adam B. Michaels
(*pro hac vice* forthcoming)
amichaels@hballp.com
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
(212) 956-9500 (Telephone)
(212) 376-6080 (Facsimile)

*Attorneys for Defendant J. Press, Incorporated*